**Order entered March 11, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-20-00145-CV**

**ABUNDANT LIFE THERAPEUTIC SERVICES TEXAS, LLC, Appellant**

**V.**

**THOMAS T. HEADEN, III, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-15576**

## ORDER

On February 24, 2020, we granted court reporter Antionette Reagor's request for a ten-day extension of time to file the reporter's record and ordered the record be filed no later than March 2, 2020. To date, however, the record has not been filed. Because this is an accelerated appeal, we **ORDER** Ms. Reagor to file the record **no later than March 23, 2020** and caution that *failure to file the record may result in the Court taking any steps necessary to ensure the record is filed*.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Reagor and the parties.

/s/    ROBERT D. BURNS, III
         CHIEF JUSTICE